USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/2020

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re Scorpion Fitness Inc.,　　　　　　　　　　　　　　No. 20-cv-4654 (ER) (KHP)

　　　　　　　　　　Debtors.　　　　　　　　　　　　　No. 19-bk-11231 (MEW)

　　　　　　　　　　　　　　　　　　　　　　　　　　　**BANKRUPTCY APPEAL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**SCHEDULING ORDER**

------------------------------------------------------------x

**KATHARINE H. PARKER, Magistrate Judge:**

　　　　The above-captioned bankruptcy appeal has been assigned to me for all purposes. The appeal was docketed in the District Court on New York on August 10, 2020.

　　　　Rule 8009 of the Federal Rules of Bankruptcy Procedures ("FRBP") requires appellant to file "a designation of the items to be included in the record on appeal and a statement of the issues to be presented." Among other requirements, Rule 8009 provides that within 14 days after being served, the appellee may file with the bankruptcy clerk and serve on the appellant a designation of additional items to be included in the recorded. The time limits set forth in Rule 8009 are adopted as the Order of this Court.

　　　　FRBP Rule 8018 provides for the dates within which briefs are to be served and filed. Under Rule 8018, appellant has 30 days after the docketing of notice that the record has been transmitted or is available electronically to file its opening brief. Appellee must serve and file its brief within 30 days after service of appellant's brief. Appellant may serve and file a reply brief within 14 days after the service of the appellee's brief. The filing of appellate briefs is not excused in this case. The time limits set forth in Rule 8018 are adopted as the Order of this Court.

　　　　Counsel are directed to review and comply with the Judge Parker's Individual Rules and Procedures (available at https://www.nysd.uscourts.gov/hon-katharine-h-parker) to the

extent they are not inconsistent with the Federal Rules of Bankruptcy Procedures.

Failure to comply with this order and/or the time limits in Rules 8009 or 8018 will result in dismissal of the appeal (in the case of the appellant) or consideration of the appeal without an appellee's brief (in the case of the appellee).

SO ORDERED.

Dated: August 26, 2020
New York, NY

_____
KATHARINE H. PARKER
United States Magistrate Judge