UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                              ORDER OF DISMISSAL
                                                            FOR
Scorpion Fitness Inc.                        FAILURE TO PROSECUTE
                                                   BANKRUPTCY APPEAL

-------------------------------------------------------X          20-CV-4654 ER

FROM:   VITO GENNA, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Scorpion Fitness Inc.                         BANKRUPTCY CASE: **19-B-11231 (MEW)**
DATE OF FILING NOTICE OF APPEAL: 06/01/2020
BANKRUPTCY DOCUMENT #: 234

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed file the Designation of Items to be Included in the Record as required by:

    __ FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_ 28 U.S.C. 1930 - the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **October 1, 2020**                                              Vito Genna, Clerk
        New York, New York                                       U.S. Bankruptcy Court, SDNY

                                                              By:     /s/ Anatin Rouzeau
                                                                         Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated  October 2       2020                        _____
       New York, New York                          Edgardo Ramos, U.S. D.J.

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                Ruby J. Krajick , Clerk
                                                          District Court, SDNY

                                                     By: _____
                                                            Deputy Clerk